# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Kyle Rollin Kennedy, ) | Case No. 1:18-cr-084 |
| ) | |
| Defendant. ) | |

Defendant has retained attorney Tyrone Turner, who has entered an appearance on defendant's behalf. Accordingly, attorney Ty Turner shall be substituted as counsel of record for defendant. AFPD Christopher Bellmore, who had previously been appointed to represent defendant, is authorized to withdraw. The court **VACATES** its order requiring the payment of available funds by defendant to defray the cost of his defense. See Doc. No. 6.

**IT IS SO ORDERED.**

Dated this 12th day of June, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court